# ChamberlainD'Amanda

ATTORNEYS AND COUNSELORS AT LAW

5/31/11

# 8127
5/31/11
$2.29

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
100 State Street
Rochester, New York 14614

Re: RUNDLE, CHARLES S        /Case # 09-22539
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $2.29. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

_____ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or**

__X__ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant: PYOD LLC its successors and assigns c/o Resurgent Capital Services    Amount $ 2.29    Claim Register # 11

_____
DOUGLAS J. LUSTIG
Trustee

*FILED 2011 MAY 31 PM 3:55 U.S. BANKRUPTCY COURT WDNY - ROCHESTER*

1600 Crossroads Building
Two State Street
Rochester, NY 14614-1397

585 232 3730
FAX 585 232 3882
www.dlawpc.com

CHAMBERLAIN D'AMANDA OPPENHEIMER & GREENFIELD LLP